# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9268330 | KUCKENBAKE | 7556 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 07/25/2020 10:40pm | 18 USC 1382 |

**Place of Offense**

camp pendleton main gate 202498

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

entering military, naval or coast guard property

### DEFENDANT INFORMATION

**Last Name**
MANULIS

**First Name**
ELIZABETH   N/A

**Street Address** ███████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8HFK567 | CA | 19 | HONDA FIT | | GRAY |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

20 - 02254

Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 221 west broadway san drego, LA 92084 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

LCN 02254   *9268330*   ENC 2

---

(For issuance of an arrest warrant or summons)

I state that on **JULY 28th**, 20 **20** while exercising my duties as a law enforcement officer in the **Southern** District of **CALIFORNIA** I issued ELIZABETH MANULIS a tresspassing citation after she approached the main gate of camp pendleton, stopping in a closed Lane, then merged into an open Lane, nearly striking the sentrys at the gate and running over a curb to get around another vehicle to gain access to the base, ignoring verbal commands to stop her vehicle and refusing to yield to a police vehicle once onboard the base.

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/28/2020**   _____   **#7556**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/25/2021 16:39